IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **RYAN COLE GOSS,**  Defendant. | CR 18-18-GF-BMM  **ORDER** |

Based upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the United States may file letters from K.D. and K.D.'s father in aid of sentencing after September 5, 2018.

DATED this 10th day of September, 2018.

_____
Brian Morris
United States District Court Judge