IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN COLE GOSS,<br><br>Defendant. | CR 18-18-GF-BMM<br><br>ORDER |

Ryan Cole Goss filed a Motion for Early Termination of Supervised Release. (Doc. 32.) The United States Attorney did not oppose the Court granting Goss's Motion. The Court conducted a hearing on the motion on March 28, 2022. For the reasons below, the Court grants Goss's motion.

Goss pleaded guilty to strangulation under 18 U.S.C. § 113(a)(8). (Doc. 19.) The Court sentenced Goss to the Bureau of Prisons on September 13, 2018, for a term of 26 months with 2 years of supervised release. (Doc 28.) Federal law authorizes a defendant to move for termination of supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Goss's

1

supervised release. Goss's United States Probation Officer reported that he has done well on supervision and supports Goss's application for early termination. (Doc. 33 at 2-3) Goss graduated from substance abuse and mental health treatment, and Goss's employer described him as a "dependable, wonderful employee." (*Id.*) Goss's successes during his supervision demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Goss's Motion for Early Termination of Supervised Release (Doc. 32) is **GRANTED**.

2. Goss is **DISCHARGED** from supervised release.

DATED this 28th day of March, 2022.

Brian Morris, Chief District Judge
United States District Court